CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RONALD E. NORMAN (SBN: 104752)
ronald@dcklawfirm.com
DEMIDCHIK LAW FIRM
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618,
Telephone: (626) 250-0073
Attorneys for Defendants
Old Town Sushi, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>    Plaintiff,<br><br>  v.<br><br>OLD TOWN SUSHI, INC., a California Corporation<br><br>    Defendants. | Case No.: 3:21-cv-9996-WHA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**<u>STIPULATION</u>**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; subject to either party reopening the action if settlement is not consummated within 60 days upon good cause shown from the filing date of this Dismissal.

Dated: August 29, 2022                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff

Dated: August 29, 2022                    DEMIDCHIK LAW FIRM

                                          By: /s/ Ronald E. Norman
                                          Ronald E. Norman
                                          Attorneys for Defendant
                                          Old Town Sushi, Inc.



## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ronald E. Norman, counsel for Old Town Sushi, Inc., respectively, and that I have obtained Attorney Norman's authorization to affix their electronic signature to this document.

Dated: August 29, 2022                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff